

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ-17-59-M-JCL |
| Information associated with Facebook user ID dylan.jardin.77 that is stored at premises controlled by Facebook. | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 11th day of December, 2017.

Jeremiah C. Lynch
United States Magistrate Judge